**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-172**

_____

In re: JOSHUA ROBERT LAIL,

Movant.

_____

On Petition for Writ of Habeas Corpus.

_____

Submitted:  July 18, 2025                    Decided:  August 14, 2025

_____

Before WILKINSON, QUATTLEBAUM, and HEYTENS, Circuit Judges.

_____

Petition dismissed by unpublished per curiam opinion.

_____

Joshua Robert Lail, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joshua Robert Lail petitions for a writ of habeas corpus, seeking relief from his North Carolina state criminal judgment pursuant to 28 U.S.C. § 2254. This court does not have jurisdiction to consider Lail's habeas petition, which instead "must be made to the appropriate district court." Fed. R. Civ. P. 22(a); *see Dragenice v. Ridge*, 389 F.3d 92, 100 (4th Cir. 2004). Moreover, we conclude that transferring the petition to the district court would not serve the interest of justice. *See* 28 U.S.C. § 1631.

Accordingly, we dismiss Lail's petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*